# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority __
Send ✓
Enter __
Closed __
JS-5/JS-6 __
JS-2/JS-3 __
Scan Only __

| Case No. | CV 06-3124-GAF(SSx) | Date | October 23, 2007 |
|---|---|---|---|
| Title | Terry L. Pinkney v. Pacific Harbor Line, Inc., et al. | | |

Present: The Honorable **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Denise Lazo | None | CS 10/23/07 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Don C. Aldrich, Esq.     Wayne R. Sims, Esq.

**Proceedings:**     Plaintiff's Motion to Compel

Counsel make their appearances. The Court hears oral argument. By Friday, October 26, 2007, counsel for Defendant is to provide a privilege log to counsel for Plaintiff.

The Court takes the motion under submission.

DOCKETED ON CM
OCT 23 2007
BY ___ 197

: 45

Initials of Preparer     dhl